IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-132-D

UNITED STATES OF AMERICA, )
)
v. ) **ORDER**
)
)
MANUEL RICARDO REYES-FLORES, )
)
Defendant. )

The United States shall file a response to defendant's motions to reduce his sentence [D.E. 69, 70]. The response is due not later than November 18, 2016.

SO ORDERED. This 26 day of October 2016.

JAMES C. DEVER III
Chief United States District Judge