IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-132-D

| UNITED STATE OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER TO FILE UNDER SEAL |
| v. | ) | |
| | ) | |
| MANUEL RICARDO REYES-FLORES | ) | |

This matter coming before the court for consideration, it is hereby

ORDERED that the Respondent's response to defendant's motion for sentence reduction [D.E. 76] filed under seal be allowed.

This  13  day of February 2017.

_____
JAMES C. DEVER III
Chief United States District Judge