IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-132-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MANUEL RICARDO REYES-FLORES, ) | |
| ) | |
| Defendant. ) | |

On August 8, 2017, Manuel Ricardo Reyes-Flores moved for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines [D.E. 83]. For the reasons stated in this court's order of August 14, 2017 [D.E. 84], the motion [D.E. 83] is DENIED.

SO ORDERED. This 15 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge